UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RANDOLPH LOUIS TAYLOR, SR. | ) | Case No.  08-16073-RGM |
| | ) | Chapter 7 |
| Debtor | ) | |

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $3.92 representing small dividend to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name<br>Acct. No. and Address | Claim<br>No. | Amount of<br>Dividend |
|---|---|---|
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | 4 | $2.14 |
| GE Money Bank<br>d/b/a JCPenney Credit Services<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave, Ste 1120<br>Miami FL 33131 | 8 | $0.05 |
| Szabo, Zelnick & Erickson, P.C.<br>Attn: Amy E. McCullough<br>12610 Lakeridge Drive<br>Woodbridge, VA 22192-2335 | 2 | $0.90 |
| PYOD LLC its successors and<br>  assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 6 | $0.43 |
| Washington Gas<br>Bankruptcy Department | 9 | $0.02 |

6801 Industrial Road RM 320D
Springfield, VA 22151

Roundup Funding, LLC                              7                $0.38
MS 550, PO Box 91121
Seattle, WA 98111-9221


Dated: 05/11/2010                    /s/ Richard A. Bartl
                                     Richard A. Bartl, Chapter 7 Trustee
                                     TYLER, BARTL, RAMSDELL & COUNTS PLC
                                     300 N. Washington Street, Suite 202
                                     Alexandria, Virginia 22314
                                     (703) 549-5000